# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Holly Bakke, | ) | Case No. 1:16-cr-212 |
| | ) | |
| Defendant. | ) | |

The court held a status conference in the above-entitled action on October 26, 2017. Pursuant to its discussion with the parties, the court **AMENDS** its order setting conditions of release to include the condition that defendant shall undergo a substance abuse and/or mental health evaluation if required by the Pretrial Services Officer and comply with resulting counseling or treatment recommendations. All other release conditions previously imposed by the court remain in effect.

**IT IS SO ORDERED.**

Dated this 6th day of November, 2017.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court